In the Matter of the Application of EDWARD J. TIERNEY v. S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York. In the Matter of the Application of JOHN A. SHERMAN v. MICHAEL J. CRUISE, as Clerk of the City of New York, and S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Merrell, Townley and Glennon, JJ. [See ante, p. 511.]

THE NEW YORK EDISON COMPANY, INC., v. THE CITY OF NEW YORK; FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Martin, P. J., Merrell, Townley and Glennon, JJ. [See ante, p. 511.]

In the Matter of the Application of WILLIAM C. RITTENBERG for an Order of Prohibition against Hon. WILLIAM T. COLLINS, Justice of the Supreme Court of the State of New York; S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and IRA H. HOLLEY, in Connection with the Proceeding of: In the Matter of the Application of IRA H. HOLLEY for Examination and Recount of Ballots under the Election Law.— Application denied. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of IRA H. HOLLEY, Respondent, for Examination and Recount of Ballots under the Election Law, WILLIAM C. RITTENBERG, Appellant, and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.— Order reversed and motion granted. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of IRA H. HOLLEY, Respondent, for Examination and Recount of Ballots under the Election Law, WILLIAM C. RITTENBERG, Appellant, and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.— Order reversed and motion to vacate granted. No opinion. Leave to appeal to the Court of Appeals granted; question certified. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of IRA H. HOLLEY, Respondent, for Examination and Recount of Ballots under the Election Law. WILLIAM C. RITTENBERG, Appellant, and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.— Orders entered October 16, 1935, and October 15, 1935, respectively, reversed, the motion to vacate order of October 4, 1935, granted, and the motion for leave to be relieved of the consent to entry of order of October 4, 1935, granted. No opinion. Leave to appeal to the Court of Appeals granted; questions certified. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JULIUS MINEZ, Appellant, v. CHARLES E. MERRILL and Others, Respondents.— Action to recover damages for alleged wrongful sale by defendants of securities held for the account of plaintiff in a margin account with defendants. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

52ND STREET RESTAURANT CORPORATION, Appellant, v. CITY OF NEW YORK, Defendant, Impleaded with PATRICK MCGOVERN, INC., Respondent.— Action for damages to premises, leased by plaintiff for restaurant, due to construction by respondent of a section of the new Independent Subway System under Fifty-third street, under a contract with the city of New York. Judgment unanimously